UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

MARGARITO FERNANDEZ RODRIGUEZ,
*individually and on behalf od others similarly situated,*

                                     Plaintiff,

      -against-

SMA DELI GROCERY, CORP. et al.,

                                  Defendants.

------------------------------------------------------------------x

ORDER

19 Civ. 4746 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The May 12, 2020 conference is adjourned to July 14, 2020 at 9:45 a.m.

Dated: New York, New York
       April 21, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge