**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

MARGARITO FERNANDEZ RODRIGUEZ,
*individually and on behalf od others similarly situated,*

                                  Plaintiff,

    -against-

SMA DELI GROCERY, CORP. et al.,

                                  Defendants.

------------------------------------- x

ORDER

19 Civ. 4746 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The final pretrial conference scheduled for September 15, 2020 is adjourned to October 20, 2020 at 9:45 a.m.

Dated: New York, New York
       September 2, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE