UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

MARGARITO FERNANDEZ RODRIGUEZ *individually
and on behalf of others similarly situated*,

                     Plaintiff,

    -against-

SMA DELI GROCERY, CORP. *d/b/a* CASA DORO
GOURMET DELI, MOHAMED ALROBYE *a/k/a*
MOHAMED ALROBEAL, AHMED ALROBYE *a/k/a*
AHMED ALROBEAL, SHAREQI DOE, SHARIF
OTHMAN, JAMAL OTHMAN,

                     Defendants.

------------------------------------ x

ORDER

19 Civ. 4746 (GBD)

GEORGE B. DANIELS, District Judge:

The final pretrial conference scheduled to occur on October 20, 2020 at 9:45 a.m. is hereby cancelled.

Dated: October 19, 2020
       New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE