UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARGARITO FERNANDEZ RODRIGUEZ,
*individually and on behalf of others similarly situated*,



Plaintiff,

-against-

SMA DELI GROCERY, CORP. *d/b/a Casa Doro Gourmet Deli*, MOHAMED ALROBYE, *a/k/a Mohamed Alrobeal*, AHMED ALROBYE *a/k/a Ahmed Alrobeal*, SHAREQI DOE, SHARIF OTHMAN, JAMAL OTHMAN,

Defendants.

------------------------------------- x

ORDER

19 Civ. 4746 (GBD)

GEORGE B. DANIELS, United States District Judge:

In light of the parties' notice that the parties have reached "an agreement on key elements of a resolution of the matter," all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within sixty (60) days of this order.

Dated: February 22, 2021
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge