UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARGARITO FERNANDEZ RODRIGUEZ,
*individually and on behalf of others similarly situated*,

                Plaintiffs,

-against-

SMA DELI GROCERY, CORP. (D/B/A
CASA DORO GOURMET DELI),
MOHAMED ALROBYE (A.K.A. MOHAMED
ALROBEAL), AHMED ALROBYE (A.K.A.
AHMED ALROBEAL) , SHAREQI DOE,
SHARIF OTHMAN, and JAMAL OTHMAN,

                Defendants
------------------------------------------------------------X

Case No.: 1:19-CV-04746-GBD

**JUDGMENT**

On  March 31, 2021  Plaintiffs filed notice(s) of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff MARGARITO FERNANDEZ RODRIGUEZ, has judgment against Defendants SMA DELI GROCERY, CORP. (D/B/A CASA DORO GOURMET DELI), MOHAMED ALROBYE (A.K.A. MOHAMED ALROBEAL), AHMED ALROBYE (A.K.A. AHMED ALROBEAL), SHARIF OTHMAN, and JAMAL OTHMAN, jointly and severally, in the amount of $121,000.00 (one hundred twenty-one thousand dollars and zero cents exactly) which is inclusive of attorneys' fees and costs.

Dated: APR 0 1 2021 , 2021

SO ORDERED,

*George B. Daniels*